NOT FOR PUBLICATION (Crim. No. 03-385, No. 46)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EUGENE ROBINSON, | |
| Plaintiff, | Criminal No. 03-385 (RBK) |
| v. | Civil No. 07-3115 (RBK) |
| UNITED STATES OF AMERICA, | **ORDER** |
| Defendant. | |

THIS MATTER having come before the Court upon Plaintiff's Pro-Se Motion to Vacate/Set Aside/Correct Sentence under 28 U.S.C. § 2255 (Crim. No. 03-385, Docket No. 46); and the Court having considered the moving papers and response thereto; and for the reasons expressed in the Opinion issued this date;

IT IS HEREBY ORDERED that Plaintiff's Pro-Se Motion to Vacate/Set Aside/Correct Sentence under 28 U.S.C. § 2255 is **DENIED**; and it is further

ORDERED that a certificate of appealability is **DENIED**.

Dated: 1-27-10

ROBERT B. KUGLER
United States District Judge