# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EUGENE ROBINSON,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Crim. No. 2:03-cr-00385 (RMB)<br><br>**ORDER** |

For the reasons set forth in the accompanying Opinion,

**IT IS** therefore on this **4th day of February 2025**,

**ORDERED** that the motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255 (Docket No. 56) is **DISMISSED** for lack of jurisdiction; and it is further

**ORDERED** that the Clerk shall close the file; and it is further

**ORDERED** that the Clerk shall serve a copy of this Order and the accompanying Opinion on Petitioner by regular U.S. mail.

<u>Renée Marie Bumb</u><br>
RENÉE MARIE BUMB<br>
Chief United States District Judge<br>
United States District Court<br>
District of New Jersey